422 A.2d 684

Commonwealth v. Mellon, Appellant.

Submitted September 15, 1978. Robert F. Mellon, Jr., appellant, in pro. per.; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.